

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO

ISAAC CARDENAS )
            )       No. 08-16-00191-CR
         Appellant, )
            )      Appeal from the 207th District Court
vs. )
            )       Court of Comal County, Texas
THE STATE OF TEXAS, )
            )          (TC# CR2015-504)
         State. )
            )

## O R D E R

The Appellant's brief in the above styled and numbered cause was due October 30, 2016. No brief or motion for extension of time to file the brief has been filed with this court.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before the 4th day of January, 2017.

IT IS SO ORDERED this 2nd day of December, 2016.


PER CURIAM

Before McClure C.J., Rodriguez, and Hughes, JJ.